**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: David T. Schultz |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 22-cr-223 NEB/TNL |
| | ) | Date: September 20, 2022 |
| Ahmed Abdullahi Ghedi(13), | ) | Courthouse: Minneapolis |
| | ) | Courtroom: 9E |
| Defendant, | ) | Time Commenced: 3:13 p.m. |
| | | Time Concluded: 3:18 p.m. |
| | | Time in Court: 5 minutes |

APPEARANCES:

Plaintiff: Matthew Ebert and Joe Thompson, Assistant U.S. Attorney
Defendant: Manny Atwal and Katherian Roe, Federal Public Defender
        X FPD        X To be appointed


Date Charges Filed: 9/13/2022          Offense: conspiracy to commit wire fraud; wire fraud; federal
                                       programs bribery; conspiracy to commit money
                                       laundering; money laundering


X Advised of Rights

on    X Indictment


X **Personal Recognizance Bond with conditions, see Order Setting Conditions of Release.**

Next appearance date is TBD for:
    X Arraignment hrg


Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                    s/jam
                                            Signature of Courtroom Deputy