# MITCHELL, BRUDER & JOHNSON
### ATTORNEYS AT LAW

TERRY L. MITCHELL, Retired
GLENN P. BRUDER
ROBERT A. JOHNSON

CABRIOLE CENTER
SUITE 210
9531 WEST 78TH STREET
EDEN PRAIRIE, MN 55344

TELEPHONE (952) 831-3174
FACSIMILE (952) 831-3176
E-MAIL: gbruder@bruderlaw.com

LEGAL ASSISTANTS
VICTORIA A. SCHOELLER
MICHELE A. JENNEY
SARAH A. MENDENHALL

December 23, 2024

The Honorable Nancy E. Brasel
United States District Court Judge
United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
**Submitted via CM/ECF**

Re: *United States v. Christopher Washington, 23-cr-160 (NEB/JFD) and United States v. Ahmed Ghedi, 22-cr-223 (NEB/DTS)*

Dear Judge Brasel:

I represent Christopher Washington in connection with District Court File No. 23-cr-160 (NEB/JFD). I also represent Ahmed Ghedi in File No. 22-cr-223 (NEB/DTS). I recently received your December 11, 2024 Order scheduling Christopher Washington, together with eight co-defendants, for trial beginning on June 9, 2025. This is a bit problematic for me as your November 7, 2024 Amended Trial Notice scheduled my other client, Mr. Ghedi, to begin trial before you along with two other co-defendants on that same date. Obviously, the two trials cannot take place simultaneously and, as a practical matter, I can realistically only prepare for one trial on June 9. I will appreciate receiving some guidance from the Court about your plans with respect to these two cases.

Very truly yours,

Glenn P. Bruder
GPB/maj

CC: All attorneys of record (via CM/ECF)
Christopher Washington
Ahmed Ghedi